William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DANIEL BACON,<br><br>　　　　　　　Defendant. | 2:20-CR-84-RMP<br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>　　　Distribution of Heroin<br>　　　(Count 1)<br><br>　　　21 U.S.C. § 841(a)(1),<br>　　　(b)(1)(B)(viii)<br>　　　Distribution of 5 Grams or More<br>　　　of Actual (Pure)<br>　　　Methamphetamine (Count 2)<br><br>　　　21 U.S.C. § 841(a)(1), (b)(1)(C)<br>　　　Distribution of Heroin<br>　　　(Count 3)<br><br>　　　21 U.S.C. § 841(a)(1),<br>　　　(b)(1)(A)(viii)<br>　　　Distribution of 50 Grams or<br>　　　More of Actual (Pure)<br>　　　Methamphetamine (Count 4)<br><br>　　　21 U.S.C. § 841(a)(1), (b)(1)(C)<br>　　　Distribution of Heroin<br>　　　(Count 5) |

INDICTMENT – 1

|   |   |
|---|---|
| 1 | 21 U.S.C. § 853 |
| 2 | Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about May 20, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about May 20, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 3

On or about June 3, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about July 8, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 5

On or about July 8, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a

INDICTMENT – 2

mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841 as set forth this Indictment, the Defendant, JAMES DANIEL BACON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

<u>MONEY JUDGMENT</u>

A sum of money in the amount of $3,540.00 in United States currency, representing the amount of proceeds obtained by the Defendant from the controlled substance violations.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//
//
//
//

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 21 day of July, 2020.

A TRUE BILL.

William D. Hyslop
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 4