# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

DEFENDANT:  **JAMES DANIEL BACON**

TOTAL NO. COUNTS:  **5**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(C)
Distribution of Heroin (Count 1)**

PENALTY:  **CAG not more than 20 years;
and/or $1,000,000 fine;
not less than 3 years up to a life term supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Distribution of 5 Grams or More of Actual (Pure) Methamphetamine (Count 2)**

PENALTY:  **CAG not less than 5 years up to 40 years;
and/or $5,000,000 fine;
not less than 4 years up to a life term supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(C)
Distribution of Heroin (Count 3)**

PENALTY:  **CAG not more than 20 years;
and/or $1,000,000 fine;
not less than 3 years up to a life term supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Count 4)**

PENALTY: **CAG not less than 10 years up to a life term years;**
**and/or $10,000,000 fine;**
**not less than 5 years up to a life term supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(C)**
**Distribution of Heroin (Count 5)**

PENALTY: **CAG not more than 20 years;**
**and/or $1,000,000 fine;**
**not less than 3 years up to a life term supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a**

**21 U.S.C. § 853**
**Forfeiture Allegations**

CASE NO.   2:20-CR-84-RMP-1

AUSA INITIAL   PJC