# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. James Daniel Bacon**         **Case No.  2:20-CR-00084-RMP**

Spokane Video Conference
The Defendant agreed to appear via video conference.

### Arraignment/Initial Appearance on Indictment:      07/23/2020

| | | | |
|---|---|---|---|
| ☒ | Courtney Piazza, Courtroom Deputy [S] | ☒ | Earl Hicks, US Atty (VTC) |
| | | ☒ | Colin Prince, Defense Atty (VTC) |
| ☒ | Shane Moore, US Probation / Pretrial Services Officer (by telephone) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM (VTC/SCJ) | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

    Defendant appeared with counsel. All parties appeared by video conference/ telephonic due to COVID-19 precautions. Defendant was advised of his rights and the allegations contained in the Indictment.

    The Defendant acknowledged to the Court that his true and correct name is: JAMES DANIEL BACON.

    "Not guilty" plea entered.

    Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

    Government has filed a motion for detention. Defendant requested a detention hearing be held on Tuesday, July 28, 2020.

**The Court ordered:**
1. Detention hearing set on 7/28/2020.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**07/28/2020 @ 1:30 p.m. [S/JTR]**
**(Video Conf)**