FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DANIEL BACON,<br><br>Defendant. | No. 2:20-CR-00084-RMP-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT |

At Defendant's July 23, 2020, initial appearance and arraignment based on an Indictment, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Colin Prince represented the Defendant and appeared by video at a different location. Assistant U.S. Attorney Earl Hicks represented the United States and appeared by video at a separate location. United States Probation Officer Shane Moore was present telephonically. At the time of the hearing, Defendant consented to proceeding by video teleconference.

Defendant was advised of, and acknowledged, his rights. On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

A **detention hearing is set for <u>July 28, 2020 at 1:30 p.m.</u>**, by videoconference before the undersigned. **Hearing content provided via videoconference or teleconference dial-in access MUST NOT be recorded or rebroadcast. IT IS ORDERED** pending the hearing, Defendant shall be detained

ORDER - 1

1  in the custody of the United States Marshal and produced for the hearing or until
2  further order of the court.
3      The U.S. Probation Office shall prepare a Pretrial Services Report prior to
4  the detention hearing and shall notify defense counsel prior to interviewing
5  Defendant.
6      **IT IS SO ORDERED.**
7      DATED July 23, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2