1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Patrick J. Cashman
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 8 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DANIEL BACON,<br><br>Defendant. | 2:20-CR-00084-RMP<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Heroin<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>Distribution of 5 Grams or More of Actual (Pure) Methamphetamine (Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Heroin<br>(Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Count 4)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Heroin<br>(Count 5) |

SUPERSEDING INDICTMENT – 1

| | |
|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| 2 | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 6) |

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 6)

18 U.S.C. §§ 922(g)(1), 924(a)(2)
Felon in Possession of a Firearm and Ammunition (Count 7)

18 U.S.C. §§ 842(i)(1), 844(a)(1)
Felon in Possession of Explosive Material (Count 8)

21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about May 20, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about May 20, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

SUPERSEDING INDICTMENT – 2

## COUNT 3

On or about June 3, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about July 8, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 5

On or about July 8, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 6

On or about July 22, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 7

On or about July 22, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit:

SUPERSEDING INDICTMENT – 3

- a Smith & Wesson, model 640, .357 Magnum caliber revolver, bearing serial number BSW5826;
- a Smith & Wesson, model 28, .357 Magnum caliber revolver, bearing serial number N111835;
- a Sturm, Ruger, and Company (Ruger), model LCR, .38 Special +P caliber revolver, bearing serial number 540-52545;
- a Webley and Scott, model Mark IV, .38 Smith & Wesson revolver, bearing serial number 146710; and
- eighteen (18) rounds of Companhia Brasileria de Cartuchos (CBC), .300 Blackout caliber ammunition,

which firearms and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 8

On or about July 22, 2020, in the Eastern District of Washington, the Defendant, JAMES DANIEL BACON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly receive and possess explosive materials, to wit: plastic explosives (C4); which had been shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 842(i)(1), 844(a)(1).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841 as set forth Counts 1 – 6 of this Superseding Indictment, the Defendant, JAMES DANIEL BACON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or

SUPERSEDING INDICTMENT – 4

intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

A sum of money in the amount of $3,540.00 in United States currency, representing the amount of proceeds obtained by the Defendant from the controlled substance violations

U.S. CURRENCY

$5,551.00 U.S. Currency

If any of the property described above, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 7 of the Superseding Indictment, Defendant, JAMES DANIEL BACON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense. The assets to be forfeited include, but are not limited to:

- a Smith & Wesson, model 640, .357 Magnum caliber revolver, bearing serial number BSW5826;

SUPERSEDING INDICTMENT – 5

- a Smith & Wesson, model 28, .357 Magnum caliber revolver, bearing serial number N111835;
- a Sturm, Ruger, and Company (Ruger), model LCR, .38 Special +P caliber revolver, bearing serial number 540-52545;
- a Webley and Scott, model Mark IV, .38 Smith & Wesson revolver, bearing serial number 146710;
- eighteen (18) rounds of Companhia Brasileria de Cartuchos (CBC), .300 Blackout caliber ammunition.

DATED this 18 day of August, 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

SUPERSEDING INDICTMENT – 6